**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 1:26-cr-15 |
| | ) | |
| v. | ) | District Judge Travis R. McDonough |
| | ) | |
| WILLIAM FREEMAN | ) | Magistrate Judge Christopher H. Steger |

**ORDER**

U.S. Magistrate Judge Christopher H. Steger filed a report and recommendation (Doc. 33) recommending that the Court: (1) grant Defendant's motion to withdraw his not guilty plea to a lesser included offense of Count One of the four count Indictment; (2) accept Defendant's guilty plea to a lesser included offense of Count One of the four count Indictment; (3) adjudicate Defendant guilty of a lesser included offense of Count One: aiding and abetting the distribution of methamphetamine in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), and 18 U.S.C. § 2; and (4) order that Defendant remain out of custody subject to the Order Setting Conditions of Release (Doc. 10) pending sentencing or further order of this Court.

After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Doc. 33) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not guilty plea to a lesser included offense of Count One of the four count Indictment is **GRANTED**;

2. Defendant's plea of guilty to a lesser included offense of Count One of the four count Indictment is **ACCEPTED**;

1

3. Defendant is hereby **ADJUDGED** guilty of a lesser included offense of Count One: aiding and abetting the distribution of methamphetamine in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), and 18 U.S.C. § 2; and

4. Defendant **SHALL REMAIN** out of custody subject to the Order Setting Conditions of Release (Doc. 10) until further order of this Court or sentencing in this matter, which is scheduled to take place on **November 20, 2026, at 9:00 a.m.**

**SO ORDERED.**

_/s/ Travis R. McDonough_
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**

2